# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SHERRI HAASE,<br><br>  Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC,<br><br>  Defendant. | CIVIL ACTION NO.<br>1:23-CV-04834-MHC-JKL |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff, Sherri Haase, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby voluntarily dismisses, **with prejudice**, all claims against Defendant, Experian Information Solutions, Inc. in this case. As indicated by the signature of its counsel below, Experian Information Solutions, Inc. stipulates to Plaintiff's voluntary dismissal of the instant matter.

It is further stipulated that each party shall bear its own costs and attorneys' fees incurred in this matter.

This 16th day of January, 2024.

*[Signatures Appear on Following Page]*

1

**JONES DAY**

*/s/ Kim A. Purcell*
Kim A. Purcell
GA Bar No. 579710
E-mail: kpurcell@jonesday.com
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, Georgia 30361
Telephone:  (404) 521-3939
Facsimile:  (404) 581-8330

*Counsel for Defendant Experian Information Solutions, Inc.*


*/s/ Chris Armor*
Christopher N. Armor
Georgia Bar No. 614061
P.O. Box 509
Londonderry, Vermont 05148
Phone 651-208-6441
Fax 404-592-6102
chris.armor@armorlaw.com
*Counsel for Plaintiff*